No. D–928. IN RE DISBARMENT OF KEADY. It is ordered that Michael Jennings Keady, of Palo Alto, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–929. IN RE DISBARMENT OF BRIMBERRY. It is ordered that Robert E. Brimberry, of Brea, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–930. IN RE DISBARMENT OF HOBSON. It is ordered that Donald L. Hobson, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–931. IN RE DISBARMENT OF RYAN. It is ordered that James P. Ryan, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–932. IN RE DISBARMENT OF BUSSEY. It is ordered that Charles L. Bussey, Jr., of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–933. IN RE DISBARMENT OF ROSS. It is ordered that Arnold L. Ross, of Agoura Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–934. IN RE DISBARMENT OF STANDARD. It is ordered that R. Michael Standard, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.